ACCEPTED
06-15-00010-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/18/2015 12:00:00 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00010-CR

| | | |
|---|---|---|
| **LARRY JOE MCNEAL** | § | **IN THE** |
| | § | |
| **V.** | § | **SIXTH COURT** |
| | § | |
| **STATE OF TEXAS** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/18/2015 7:54:00 AM
DEBBIE AUTREY
Clerk

### <u>MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Larry Joe McNeal, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court, Lamar County, Texas.

2. The case below was styled the <u>State of Texas vs. Larry Joe McNeal</u>, and numbered 61963.

3. Appellant was convicted of Indecent Exposure.

4. Appellant was assessed a sentence of 120 days in jail.

5. Notice of appeal was given on January 8, 2015.

6. The clerk's record was filed on February 27, 2015; the reporter's record was filed on April 17, 2015.

7. The appellate brief is presently due on May 18, 2015.

8. Appellant requests an extension of time of 30 days, i.e. until June 17, 2015.

9. This is the first motion for an extension to file the brief submitted in this cause.

10. Defendant is not currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel requires additional time to adequately and professionally review the record and research and brief any relevant issues. Appellant would also show the following:

Appellant's counsel is counsel in *Robert Brice Daugherty v. State,* Case Nos. 06-15-00038-CR, 06-15-00039-CR, and 06-15-00040-CR in which Appellant's brief was filed on May 14, 2015. Appellant's counsel was out of the office on military orders on April 22-24, 2015 and May 5-7, 2015. Appellant's counsel will also be out of the office on military orders from May 17, 2015 through May 29, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903)785-1606
Fax: (903)785-7580

By: _____
Don Biard
State Bar No. 24047755
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on May 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Lamar County, Texas, via email.

Don Biard